# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND G. WAGNER, | Case No.: 1:12-cv-01782-LJO-JLT |
| Petitioner, | ORDER DISREGARDING PETITIONER'S MOTION TO CONSIDER RECENT DECISION (Doc. 28) |
| v. | |
| RALPH M. DIAZ, | |
| Respondent. | |

Petitioner is a state prisoner proceeding in propria persona with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

### PROCEDURAL HISTORY

The instant petition was filed on October 31, 2012. (Doc. 1). On March 15, 2013, Respondent filed the Answer. (Doc. 21). Petitioner filed his Traverse on April 16, 2013. (Doc. 25). The case is now ready for a decision on the merits.

On November 25, 2013, Petitioner filed the instant motion, requesting that the Court take into consideration a recent decision of the United States Supreme Court the Court, i.e., <u>Florida v. Jardines</u>, 2013 WL 1196577, __U.S.__, 133 S.Ct. 1409 (2013).

### DISCUSSION

When deciding habeas petitions on their merits, the Court considers <u>all</u> relevant precedent from both the United States Court of Appeals, Ninth Circuit, and, of course, from the United States

1

Supreme Court. Accordingly, while it is helpful for the parties to point out to the Court cases they believe are relevant to a determination of the issues, that should be done either in the briefs themselves or in supplemental briefs or citations; it is wholly unnecessary to file <u>motions</u> requesting that the Court consider a specific case or cases since the Court independently conducts its own legal research regarding each issue in order to determine whether controlling or persuasive precedent exists and whether such precedents should be used in crafting a decision on the merits. The Court has an extremely heavy habeas caseload and little time to respond to each and every motion filed by petitioners citing "new" cases. Petitioner can be assured that the Court will be diligent in conducting its legal research and will consider any and all precedent relevant to a determination of the issues in his petition.

## ORDER

Accordingly, Petitioner's motion to consider a recent case (Doc. 28), is **DISREGARDED**.

IT IS SO ORDERED.

Dated:   **August 28, 2014**            /s/ Jennifer L. Thurston
                                         UNITED STATES MAGISTRATE JUDGE